# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARLENE LACKEY HALL,
DIANE D. HALL, AND
APRIL M. BENNETT,

    Plaintiff(s),　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　CASE NO. 5:07CV48

NORTH CAROLINA; CALDWELL
COUNTY SHERIFF'S DEPARTMENT;
ALEXANDER COUNTY SHERIFF'S
DEPARTMENT; RICHARD TALBERT
HALL; RICKY MINTON, SARA ELIZABETH
MECIMORE; WESTERN PIEDMONT
COUNCIL OF GOVERNMENT; ALEXANDER
COUNTY DEPARTMENT OF SOCIAL SERVICES;
CLEDA GRAHAM; STEVEN J. JOLLY, AND
DEBORAH B. JOLLY,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2008, Order.

                                          Signed: April 15, 2008

                                          Frank G. Johns, Clerk
                                          United States District Court